UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHARLES HARTMAN,           )
                           )
        Plaintiff,         )
                           )
v.                         )     CV422-094
                           )
LT. HOLLIS, *et al.*,      )
                           )
        Defendants.        )

## **REPORT AND RECOMMENDATION**

The Court granted Plaintiff Charles Hartman leave to proceed *in forma pauperis* ("IFP"), doc. 12 at 1, and directed him to submit his Prisoner Trust Fund Account Statement, and Consent to Collection of Fees from Trust Account form.[1]  *Id.* at 4-5.  Plaintiff has not submitted either form, and his deadline to do so has passed by over four months.  *See generally* docket.  He was expressly warned that failure to timely submit the forms "shall result in the recommendation of dismissal of [his] case, without prejudice."  Doc. 12 at 5-6.

---

[1] Since the Court granted Plaintiff's IFP request based on his second IFP application, doc. 10, his initial application is **DISMISSED as moot**.  Doc. 2.

This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders.  *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).  Accordingly, Plaintiff's Complaint should **DISMISSED** for his failure to comply with the Court's Order and his failure to prosecute this action.

This report and recommendation ("R&R") is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3.  Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."  Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 25th day of October, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA